No. 80–1436.   BALDRIGE, SECRETARY OF COMMERCE, ET AL. *v.* SHAPIRO, ESSEX COUNTY EXECUTIVE.   C. A. 3d Cir. [Certiorari granted, 451 U. S. 936]; and

No. 80–1781.   MCNICHOLS, MAYOR OF DENVER, ET AL. *v.* BALDRIGE, SECRETARY OF COMMERCE, ET AL.   C. A. 10th Cir.   [Certiorari granted, 452 U. S. 937.]   Motion of petitioners in No. 80–1781 to divide oral argument with respondent in No. 80–1436 granted.

No. 80–1924.   WEINBERGER, SECRETARY OF DEFENSE, ET AL. *v.* ROSSI ET AL.   C. A. D. C. Cir.   [Certiorari granted, *ante*, p. 813.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 80–2209.   UNITED STATES *v.* ROSS.   C. A. D. C. Cir. [Certiorari granted, *ante*, p. 891.]   Motion of the parties to dispense with printing the joint appendix granted.

No. 81–213.   SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* HOGAN ET AL.   D. C. Mass.   [Probable jurisdiction noted, *ante*, p. 891.]   Motion for appointment of counsel granted, and it is ordered that William H. Simon, Esquire, of Stanford, Cal., be appointed to serve as counsel for appellees in this case.

No. 81–5613.   IN RE BOYDEN.   C. A. 9th Cir.   Petition for common-law writ of certiorari denied.

No. 81–595.   IN RE BASKETT ET AL.; and
No. 81–5458.   IN RE RUCKER.   Petitions for writs of mandamus denied.

No. 81–611.   GLOBE NEWSPAPER CO. *v.* SUPERIOR COURT FOR THE COUNTY OF NORFOLK.   Appeal from Sup. Jud. Ct. Mass.   Probable jurisdiction noted.